# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 15-11800-T7 | Trustee Name: | Yvette J. Gonzales |
|---|---|---|---|
| Case Name: | QUICK CASH, INC. | Date Filed (f) or Converted (c): | 08/11/2017 (c) |
| For the Period Ending: | 09/30/2021 | §341(a) Meeting Date: | 09/06/2017 |
| | | Claims Bar Date: | 12/23/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Cash banks - Cash Cow Furniture | $29,356.19 | $29,356.19 | | $0.00 | FA |
| 2 | Bank of New Mexico checking for Cash Cow Tires & Service, account xxxxxx0045 (as of 4/30/15 | $6,072.31 | $6,072.31 | | $0.00 | FA |
| 3 | Washington Federal checking for Quick Cash Inc. d/b/a Cash Cow Loan Company, Acc't. xxxxxx4608 (loan account) - (as of 4/30/15) - overdrawn | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Washington Federal checking for Quick Cash Inc. d/b/a Cash Cow Loan Company, Acc't. xxxxxx0871 (Expense account) as of 5/12/2015) - overdarwn | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Rugs, art decorations, all departments | $39,899.20 | $39,899.20 | | $0.00 | FA |
| 6 | Bingo machine | $900.00 | $900.00 | | $0.00 | FA |
| 7 | Consumer loans outstanding as of 4/30/15 | $5,918,096.89 | $0.00 | | $11,361.87 | FA |
| Asset Notes: | Trustee abandoned per Doc. No. 333 on Dec. 19, 2017. Landlord forwarded mail which had checks and special counsel forwarded checks that he had been collecting/garnishing. | | | | | |
| 8 | Goodwill | $111,000.00 | $111,000.00 | | $0.00 | FA |
| 9 | 1988 Oak SPI Mobile home | $4,500.00 | $4,500.00 | | $0.00 | FA |
| 10 | 1993 GMC Top, 1994 Utility trailer, 1999 Isuzu, 1999 Ford, 2000 Nissan truck, 2000 Dodge Ramwagon, 2001 Frghtlinr, 2001 Ford Econoline, 2001 Utility trailer, 2001 GMC Sierra, 2002 Checy 1500 pickup, 2002 Ford Crown Vic, 2002 Ford E350, 2003 Ford F150 pickup | $15,966.00 | $15,966.00 | | $0.00 | FA |
| 11 | Office Trailer | $12,000.00 | $12,000.00 | | $0.00 | FA |
| 12 | Loan to affiliated co. - Gardenia Motel | $58,894.74 | $58,894.74 | | $0.00 | FA |
| 13 | Loan to affiliated co. - Cash Cow Investments Co. | $223,116.52 | $223,116.52 | | $0.00 | FA |
| 14 | Loan to affilated co. - Cash Cow Auto Sales, Inc. | $1,736,529.84 | $1,736,529.84 | | $0.00 | FA |
| 15 | Computer equipment, all departments | $26,412.00 | $26,412.00 | | $0.00 | FA |
| 16 | Office supplies, all departments | $15,081.76 | $15,081.76 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 15-11800-T7 | Trustee Name: | Yvette J. Gonzales |
|---|---|---|---|
| Case Name: | QUICK CASH, INC. | Date Filed (f) or Converted (c): | 08/11/2017 (c) |
| For the Period Ending: | 09/30/2021 | §341(a) Meeting Date: | 09/06/2017 |
| | | Claims Bar Date: | 12/23/2015 |

| | 1<br>Asset Description<br>(Scheduled and<br>Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Value | 3<br>Estimated Net Value<br>(Value Determined by<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA =§ 554(a) abandon. | 5<br>Sales/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA) /<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Furnishings and fixtures, all departments | $63,359.55 | $63,359.55 | | $0.00 | FA |
| 18 | Cash cow tire equipment | $61,457.00 | $61,457.00 | | $0.00 | FA |
| 19 | Hunter alignment machine | $50,000.00 | $21,273.00 | | $0.00 | FA |
| 20 | Auto repair equipment financed by Fuhs | $88,225.00 | $75,225.00 | | $0.00 | FA |
| 21 | Furniture resale inventory | $1,081,331.21 | $1,081,331.21 | | $0.00 | FA |
| 22 | Tire inventory | $115,319.85 | $115,319.85 | | $0.00 | FA |
| 23 | Portable shed (at Flea Market) | $5,000.00 | $5,000.00 | | $0.00 | FA |
| 24 | Preference and fraudulent conveyance lawsuit, AP# 17-1051 | $0.00 | $35,000.00 | | $50,000.00 | $10,000.00 |
| | Asset Notes: Lawsuit against former principal of company and other entities that he paid for personal services from company assets. There are several compromises that are out on notice. The net value could be more depending on success of lawsuit against the Delgados. Per Order Approving Compromise of Controversy with Nationstar Mortgage, LLC entered 2/5/2020 doc 403; Per Order Approving Compromise fo Controversy with Synchrony Bank entered 2/5/2020 doc 404; Order Approving Compromise of Controversy with First Financial Credit entered 2/20/20 doc 407 | | | | | |
| 25 | Colleen Dooley garnishment case # M-35-CV-2015-01143 | Unknown | $0.00 | | $562.66 | FA |
| 26 | Askew & Mazel trust account (u) | $0.00 | $50,000.00 | | $50,000.00 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

| | | | |
|---|---|---|---|
| $9,662,518.06 | $3,787,694.17 | $111,924.53 | $10,000.00 |

**Major Activities affecting case closing:**

| 09/30/2021 | Pending adversary case to be reopened. Defendant against which a Default Judgment is seeking to set it aside. There is another defendant which has not completed the settlement. |
|---|---|
| 09/30/2020 | In Adversary 17-01051, the Judge ruled that the Delgados were solvent at the time of the transfers, and therefore ruled in their favor. There are two default judgments to submit and a notice of compromise to be filed against other defendants. |
| 09/30/2019 | Trustee has filed motions to compromise with three defendants in the adversary proceeding. The Delgados (shareholders of the debtor) have filed objections. They have also filed a motion to remove the trustee. The Court has allowed the lawsuit against the Delgados to move forward. |
| 09/30/2018 | Case converted and Tim Delgado, president, failed to appear for two scheduled creditor meetings. The claims bar date was set in the chapter 11. Pre-petition, there was a state court class action lawsuit alleging violations of the fair debt trade practices act. Trustee has not filed a notice of assets because unless funds are received in the adversary, the estate does not have unencumbered funds. The money in the trustee's account is subject to a lien. |

| Initial Projected Date Of Final Report (TFR): | 10/31/2020 | /s/ YVETTE J. GONZALES |
|---|---|---|
| Current Projected Date Of Final Report (TFR): | 06/30/2022 | YVETTE J. GONZALES |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 15-11800-T7 | | | Trustee Name: | | Yvette Gonzales |
| Case Name: | QUICK CASH, INC. | | | Bank Name: | | Independent Bank |
| Primary Taxpayer ID #: | **-***0184 | | | Checking Acct #: | | ******1800 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | |
| For Period Beginning: | 7/6/2015 | | | Blanket bond (per case limit): | | $1,000,000.00 |
| For Period Ending: | 09/30/2021 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2018 | (7) | Rachell Ariola | Collections on past due loans | 1121-000 | $162.00 | | $162.00 |
| 02/22/2018 | (7) | Eva Craig | Collections on past due loans | 1121-000 | $85.18 | | $247.18 |
| 02/22/2018 | (7) | Rachell Ariola | Collections on past due loans | 1121-000 | $150.00 | | $397.18 |
| 02/22/2018 | (7) | Leona Tom | Collections on past due loans | 1121-000 | $50.00 | | $447.18 |
| 02/22/2018 | (7) | Lorencita A. Bega | Collections on past due loans | 1121-000 | $105.00 | | $552.18 |
| 02/22/2018 | (7) | Ultimate Software Group, Inc. | Collections on past due loans | 1121-000 | $19.83 | | $572.01 |
| 02/22/2018 | (7) | Rachel Ariola | Collections on past due loans | 1121-000 | $150.00 | | $722.01 |
| 02/22/2018 | (7) | JC Penny Corporation | Collections on past due loans | 1121-000 | $77.21 | | $799.22 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.13 | $799.09 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.07 | $798.02 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.14 | $796.88 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.18 | $795.70 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.14 | $794.56 |
| 07/24/2018 | (7) | Pro-Cuts | Collections on past due loans | 1121-000 | $50.00 | | $844.56 |
| 07/24/2018 | (7) | Debbie Gould | Collections on past due loans | 1121-000 | $377.68 | | $1,222.24 |
| 07/24/2018 | (7) | Debbie Gould | Collections on past due loans | 1121-000 | $282.27 | | $1,504.51 |
| 07/24/2018 | (7) | Debbie Gould | Collections on past due loans | 1121-000 | $293.58 | | $1,798.09 |
| 07/24/2018 | (7) | Debbie Gould | Collections on past due loans | 1121-000 | $443.61 | | $2,241.70 |
| 07/24/2018 | (7) | Debbie Gould | Collections on past due loans | 1121-000 | $334.15 | | $2,575.85 |
| 07/24/2018 | (7) | SBQ2, LLC | Collections on past due loans; stale check sent from special counsel. | 1121-000 | $140.83 | | $2,716.68 |
| 07/24/2018 | (7) | SBQ2, LLC | Collections on past due loans; stale check sent from special counsel. | 1121-000 | $133.73 | | $2,850.41 |
| 07/24/2018 | (7) | SBQ2, LLC | Collections on past due loans; stale check sent from special counsel. | 1121-000 | $250.00 | | $3,100.41 |
| 07/24/2018 | (7) | SBQ2, LLC | Collections on past due loans; stale check sent from special counsel. | 1121-000 | $250.00 | | $3,350.41 |
| 07/24/2018 | (7) | SBQ2, LLC | Collections on past due loans; stale check sent from special counsel. | 1121-000 | $250.00 | | $3,600.41 |
| 07/24/2018 | (7) | Pro-Cuts | Collections on past due loans | 1121-000 | $700.00 | | $4,300.41 |
| 07/24/2018 | (7) | Pro-Cuts | Collections on past due loans | 1121-000 | $50.00 | | $4,350.41 |
| 07/24/2018 | (7) | Navajo Tractor | Collections on past due loans | 1121-000 | $233.60 | | $4,584.01 |
| 07/24/2018 | (7) | Navajo Tractor | Collections on past due loans | 1121-000 | $58.40 | | $4,642.41 |
| 07/24/2018 | (7) | Navajo Tractor | Collections on past due loans | 1121-000 | $116.80 | | $4,759.21 |
| 07/24/2018 | (7) | United Special Inc | Collections on past due loans | 1121-000 | $82.01 | | $4,841.22 |
| 07/24/2018 | (7) | United Special Inc | Collections on past due loans | 1121-000 | $119.17 | | $4,960.39 |
| 07/24/2018 | (7) | Insights Training Group | Collections on past due loans; stale check sent from special counsel. | 1121-000 | $271.60 | | $5,231.99 |
| 07/24/2018 | (7) | Insights Training Group | Collections on past due loans; stale check sent from special counsel. | 1121-000 | $271.60 | | $5,503.59 |
| | | | | SUBTOTALS | $5,508.25 | $4.66 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-11800-T7 | | Trustee Name: | Yvette Gonzales |
|---|---|---|---|---|
| Case Name: | QUICK CASH, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0184 | | Checking Acct #: | ******1800 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/6/2015 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 09/30/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/24/2018 | (7) | Insights Training Group | Collections on past due loans; stale check sent from special counsel. | 1121-000 | $271.60 | | $5,775.19 |
| 07/24/2018 | (7) | Insights Training Group | Collections on past due loans; stale check sent from special counsel. | 1121-000 | $271.59 | | $6,046.78 |
| 07/24/2018 | (7) | Insights Training Group | Collections on past due loans; stale check sent from special counsel. | 1121-000 | $271.60 | | $6,318.38 |
| 07/24/2018 | (7) | Insights Training Group | Collections on past due loans; stale check sent from special counsel. | 1121-000 | $271.60 | | $6,589.98 |
| 07/24/2018 | (7) | Insights Training Group | Collections on past due loans; stale check sent from special counsel. | 1121-000 | $271.60 | | $6,861.58 |
| 07/24/2018 | (7) | Insights Training Group | Collections on past due loans; stale check sent from special counsel. | 1121-000 | $271.60 | | $7,133.18 |
| 07/24/2018 | (7) | Wal-Mart Stores, Inc | Collections on past due loans; stale check sent from special counsel. | 1121-000 | $233.90 | | $7,367.08 |
| 07/24/2018 | (7) | Wal-Mart Stores, Inc | Collections on past due loans | 1121-000 | $3.65 | | $7,370.73 |
| 07/24/2018 | (7) | Wal-Mart Stores, Inc | Collections on past due loans; stale check sent from special counsel. | 1121-000 | $478.40 | | $7,849.13 |
| 07/24/2018 | (7) | Wal Mart Stores, Inc | Collections on past due loans; stale check sent from special counsel. | 1121-000 | $235.18 | | $8,084.31 |
| 07/24/2018 | (7) | Walmart Stores, Inc | Collections on past due loans; stale check sent from special counsel. | 1121-000 | $227.68 | | $8,311.99 |
| 07/24/2018 | (7) | Little Sisters of the Poor of New Mexico | Collections on past due loans; stale check sent from special counsel. | 1121-000 | $31.58 | | $8,343.57 |
| 07/24/2018 | (7) | Paychex | Collections on past due loans | 1121-000 | $58.40 | | $8,401.97 |
| 07/24/2018 | (7) | Paychex | Collections on past due loans | 1121-000 | $58.40 | | $8,460.37 |
| 07/24/2018 | (7) | Insights Training Group | Collections on past due loans | 1121-000 | $116.35 | | $8,576.72 |
| 07/24/2018 | (7) | Amazing Grace Personal Care Services, Inc | Collections on past due loans | 1121-000 | $69.34 | | $8,646.06 |
| 07/24/2018 | (7) | Paychex | Collections on past due loans | 1121-000 | $58.40 | | $8,704.46 |
| 07/24/2018 | (7) | Amazing Grace Personal Care Services, Inc | Collections on past due loans | 1121-000 | $66.15 | | $8,770.61 |
| 07/24/2018 | (7) | Amazing Grace Personal Care, Inc | Collections on past due loans | 1121-000 | $67.74 | | $8,838.35 |
| 07/24/2018 | (7) | Amazing Grace Personal Care, Inc | Collections on past due loans | 1121-000 | $69.34 | | $8,907.69 |
| 07/24/2018 | (7) | Supersmith Collections | Collections on past due loans | 1121-000 | $88.56 | | $8,996.25 |
| 07/24/2018 | (7) | Walmart | Collections on past due loans | 1121-000 | $478.40 | | $9,474.65 |
| 07/24/2018 | (7) | Walmart | Collections on past due loans | 1121-000 | $235.18 | | $9,709.83 |
| 07/24/2018 | (7) | Amazing Grace Personal Care, Inc | Collections on past due loans | 1121-000 | $65.98 | | $9,775.81 |
| 07/24/2018 | (7) | Walmart | Collections on past due loans | 1121-000 | $227.68 | | $10,003.49 |
| 07/24/2018 | (7) | Amazing Grace Personal Care Services, Inc | Collections on past due loans | 1121-000 | $69.34 | | $10,072.83 |
| | | | SUBTOTALS | | $4,569.24 | $0.00 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-11800-T7 | | Trustee Name: | Yvette Gonzales |
|---|---|---|---|---|
| Case Name: | QUICK CASH, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0184 | | Checking Acct #: | ******1800 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/6/2015 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 09/30/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/24/2018 | (7) | Walmart | Collections on past due loans | 1121-000 | $233.90 | | $10,306.73 |
| 07/24/2018 | (7) | Amazing Grace Personal Care Services, Inc | Collections on past due loans | 1121-000 | $27.31 | | $10,334.04 |
| 07/24/2018 | (7) | Amazing Grace Personal Care Services, Inc | Collections on past due loans | 1121-000 | $74.15 | | $10,408.19 |
| 07/24/2018 | (7) | Amazing Grace Personal Care Services, Inc | Collections on past due loans | 1121-000 | $60.05 | | $10,468.24 |
| 07/24/2018 | (7) | Security Group, Inc | Collections on past due loans | 1121-000 | $491.11 | | $10,959.35 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.94 | $10,955.41 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $1.57 | $10,953.84 |
| 08/06/2018 | (7) | Wal-Mart Stores, Inc | Collections on past due loans; stale check sent from special counsel. | 1121-000 | ($233.90) | | $10,719.94 |
| 08/06/2018 | (7) | Walmart Stores, Inc | Collections on past due loans; stale check sent from special counsel. | 1121-000 | ($227.68) | | $10,492.26 |
| 08/06/2018 | (7) | DEP REVERSE: Little Sisters of the Poor of New | Collections on past due loans; stale check sent from special counsel. | 1121-000 | ($31.58) | | $10,460.68 |
| 08/06/2018 | (7) | Wal Mart Stores, Inc | Collections on past due loans; stale check sent from special counsel. | 1121-000 | ($235.18) | | $10,225.50 |
| 08/06/2018 | (7) | Insights Training Group | Collections on past due loans; stale check sent from special counsel. | 1121-000 | ($271.60) | | $9,953.90 |
| 08/06/2018 | (7) | Insights Training Group | Collections on past due loans; stale check sent from special counsel. | 1121-000 | ($271.60) | | $9,682.30 |
| 08/06/2018 | (7) | Insights Training Group | Collections on past due loans; stale check sent from special counsel. | 1121-000 | ($271.60) | | $9,410.70 |
| 08/06/2018 | (7) | Insights Training Group | Collections on past due loans; stale check sent from special counsel. | 1121-000 | ($271.60) | | $9,139.10 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($1.57) | $9,140.67 |
| 08/07/2018 | (7) | Insights Training Group | Collections on past due loans; stale check sent from special counsel. | 1121-000 | ($271.60) | | $8,869.07 |
| 08/07/2018 | (7) | Insights Training Group | Collections on past due loans; stale check sent from special counsel. | 1121-000 | ($271.60) | | $8,597.47 |
| 08/07/2018 | (7) | Insights Training Group | Collections on past due loans; stale check sent from special counsel. | 1121-000 | ($271.60) | | $8,325.87 |
| 08/07/2018 | (7) | DEP REVERSE: Insights Training Group | Collections on past due loans; stale check sent from special counsel. | 1121-000 | ($271.59) | | $8,054.28 |
| 08/07/2018 | (7) | SBQ2, LLC | Collections on past due loans; stale check sent from special counsel. | 1121-000 | ($250.00) | | $7,804.28 |
| 08/07/2018 | (7) | SBQ2, LLC | Collections on past due loans; stale check sent from special counsel. | 1121-000 | ($250.00) | | $7,554.28 |
| 08/07/2018 | (7) | SBQ2, LLC | Collections on past due loans; stale check sent from special counsel. | 1121-000 | ($250.00) | | $7,304.28 |
| 08/07/2018 | (7) | DEP REVERSE: SBQ2, LLC | Collections on past due loans; stale check sent from special counsel. | 1121-000 | ($140.83) | | $7,163.45 |
| | | | SUBTOTALS | | ($2,905.44) | $3.94 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-11800-T7 | | Trustee Name: | Yvette Gonzales |
|---|---|---|---|---|
| Case Name: | QUICK CASH, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0184 | | Checking Acct #: | ******1800 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/6/2015 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 09/30/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/07/2018 | (7) | DEP REVERSE: SBQ2, LLC | Collections on past due loans; stale check sent from special counsel. | 1121-000 | ($133.73) | | $7,029.72 |
| 08/15/2018 | 5001 | International Sureties, Ltd. | Bond #016024923 | 2300-000 | | $4.28 | $7,025.44 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $114.57 | $6,910.87 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($114.57) | $7,025.44 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $9.73 | $7,015.71 |
| 10/09/2018 | (7) | DEP REVERSE: Wal-Mart Stores, Inc | Collections on past due loans; stale check sent from special counsel. | 1121-000 | ($478.40) | | $6,537.31 |
| 10/16/2018 | (7) | Dollar General | Collections for loans | 1121-000 | $70.58 | | $6,607.89 |
| 10/23/2018 | (7) | Dollar General | Loans | 1121-000 | $66.08 | | $6,673.97 |
| 10/25/2018 | (7) | Alliance Home Health Care, LLC | Loan payment | 1121-000 | $28.88 | | $6,702.85 |
| 10/30/2018 | (7) | Dollar General | Accounts receivable | 1121-000 | $75.10 | | $6,777.95 |
| 10/30/2018 | (7) | Alliance Home Health Care, Inc. | Accounts Receivable | 1121-000 | $28.88 | | $6,806.83 |
| 11/08/2018 | (7) | Dollar General | Accounts Receivable | 1121-000 | $90.97 | | $6,897.80 |
| 11/13/2018 | (7) | Dollar General | Accounts Receivable | 1121-000 | $72.84 | | $6,970.64 |
| 11/13/2018 | (7) | Insights Training Group | Accounts Receivable | 1121-000 | $2,172.79 | | $9,143.43 |
| 11/21/2018 | (7) | Dollar General | Accounts Receivable | 1121-000 | $72.85 | | $9,216.28 |
| 11/27/2018 | (7) | Alliance Home Health Care, LLC | Accounts receivable | 1121-000 | $28.88 | | $9,245.16 |
| 11/29/2018 | (7) | Dollar General | Accounts Receivable | 1121-000 | $86.43 | | $9,331.59 |
| 12/06/2018 | (7) | Dollar General | Accounts Receivable | 1121-000 | $93.22 | | $9,424.81 |
| 12/18/2018 | (7) | Dollar General | Accounts receivable | 1121-000 | $109.39 | | $9,534.20 |
| 12/18/2018 | (7) | Dollar General | Accounts receivable | 1121-000 | $68.33 | | $9,602.53 |
| 12/26/2018 | (7) | Dollar General | Accounts Receivable | 1121-000 | $103.35 | | $9,705.88 |
| 12/26/2018 | (7) | Alliance Home Health Care, LLC | Accounts Receivable | 1121-000 | $28.88 | | $9,734.76 |
| 01/22/2019 | (7) | Dollar General | Accounts Receivable | 1121-000 | $101.62 | | $9,836.38 |
| 01/22/2019 | (7) | Dollar General | Accounts Receivable | 1121-000 | $123.44 | | $9,959.82 |
| 02/05/2019 | (7) | Dollar General | Accounts Receivable | 1121-000 | $103.82 | | $10,063.64 |
| 02/05/2019 | (7) | Dollar Generao | Accounts Receivable | 1121-000 | $103.82 | | $10,167.46 |
| 02/05/2019 | (7) | Dollar General | Accounts Receivable | 1121-000 | $46.80 | | $10,214.26 |
| 02/12/2019 | (7) | Dollar General | Accounts Receivable | 1121-000 | $86.04 | | $10,300.30 |
| 02/19/2019 | (7) | Dollar General | Accounts Receivable | 1121-000 | $83.58 | | $10,383.88 |
| 02/26/2019 | (7) | Dollar General | Accounts receivable | 1121-000 | $106.58 | | $10,490.46 |
| 03/05/2019 | (7) | Dollar General | Accounts Receivable | 1121-000 | $120.37 | | $10,610.83 |
| 03/12/2019 | (7) | Dollar General | Accounts Receivable | 1121-000 | $98.30 | | $10,709.13 |
| 03/19/2019 | (7) | Dollar General | Accounts Receivable | 1121-000 | $28.04 | | $10,737.17 |
| 08/13/2019 | 5002 | International Sureties, Ltd. | Bond #016024923 | 2300-000 | | $5.53 | $10,731.64 |
| | | | | SUBTOTALS | $3,587.73 | $19.54 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-11800-T7 | | Trustee Name: | Yvette Gonzales |
|---|---|---|---|---|
| Case Name: | QUICK CASH, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0184 | | Checking Acct #: | ******1800 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/6/2015 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 09/30/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/15/2019 | (25) | De La Riva Enterprises, Inc. | Garnishment of Colleen Dooley | 1249-000 | $19.85 | | $10,751.49 |
| 01/30/2020 | (26) | Askew & Mazel | Trust Account | 1229-000 | $50,000.00 | | $60,751.49 |
| 03/03/2020 | (24) | First Financial Credit Union | Order Approving Compromise of Controversy with First Financial Credit entered 2/20/20 doc 407 | 1149-000 | $10,000.00 | | $70,751.49 |
| 04/09/2020 | (24) | Giddens & Gatton Law | Order Approving Compromise fo Controversy with Synchrony Bank entered 2/5/2020 doc 404 | 1149-000 | $12,000.00 | | $82,751.49 |
| 04/09/2020 | (24) | Nationstar Mortgage LLC | Order Approving Compromise of Controversy with Nationstar Mortgage, LLC entered 2/5/2020 doc 403 | 1149-000 | $28,000.00 | | $110,751.49 |
| 04/17/2020 | 5003 | WALKER & ASSOCIATES, P.C. | 75% Per employment order, #395 | 3210-000 | | $5,498.80 | $105,252.69 |
| 04/17/2020 | 5004 | WALKER & ASSOCIATES, P.C. | 100% Per employment order, #395 | 3220-000 | | $23.41 | $105,229.28 |
| 08/12/2020 | 5005 | International Sureties, Ltd. | Bond for 8/2020 through 7/2021, #016024923 | 2300-000 | | $73.51 | $105,155.77 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $153.43 | $105,002.34 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $153.12 | $104,849.22 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $152.90 | $104,696.32 |
| 11/19/2020 | (7) | Mid-West NM Cap | Accounts Receivable | 1121-000 | $37.74 | | $104,734.06 |
| 11/19/2020 | (7) | Mid-West NM CAP | Accounts Receivable | 1121-000 | $34.22 | | $104,768.28 |
| 11/19/2020 | (7) | Mid-West NM CAP | Accounts Receivable | 1121-000 | $39.81 | | $104,808.09 |
| 11/19/2020 | (7) | Mid-West NM Cap | Accounts Receivable | 1121-000 | $34.78 | | $104,842.87 |
| 11/19/2020 | (7) | Mid-West NM Cap | Accounts Receivable | 1121-000 | $69.70 | | $104,912.57 |
| 11/19/2020 | (7) | Mid-West NM Cap | Accounts Receivable | 1121-000 | $69.70 | | $104,982.27 |
| 11/19/2020 | (7) | Mid-West NM CAP | Accounts Receivable | 1121-000 | $69.70 | | $105,051.97 |
| 11/19/2020 | (7) | Mid-West NM CAP | Accounts Receivable | 1121-000 | $127.36 | | $105,179.33 |
| 11/19/2020 | (25) | De La Riva Enterprise, Inc | Accounts Receivable | 1149-000 | $542.81 | | $105,722.14 |
| 11/19/2020 | (25) | De La Riva Enterprise, Inc | Was informed by payor that a stop payment has been issued for this check | 1149-000 | $41.76 | | $105,763.90 |
| 11/19/2020 | (25) | De La Riva Enterprises, Inc | Was informed by payor that a stop payment has been issued for this check | 1149-000 | $131.60 | | $105,895.50 |
| 11/19/2020 | (25) | DEP REVERSE: De La Riva Enterprise, Inc | Was informed by payor that a stop payment has been issued for this check | 1149-000 | ($41.76) | | $105,853.74 |
| 11/19/2020 | (25) | DEP REVERSE: De La Riva Enterprises, Inc | Was informed by payor that a stop payment has been issued for this check | 1149-000 | ($131.60) | | $105,722.14 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $153.30 | $105,568.84 |
| 12/10/2020 | 5006 | WALKER & ASSOCIATES, P.C. | 100% Per employment order, #395 | 3220-000 | | $26.88 | $105,541.96 |
| | | | SUBTOTALS | | $101,045.67 | $6,235.35 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 15-11800-T7 | |
| **Case Name:** | QUICK CASH, INC. | |
| **Primary Taxpayer ID #:** | **-***0184 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/6/2015 | |
| **For Period Ending:** | 09/30/2021 | |

| | |
|---|---|
| **Trustee Name:** | Yvette Gonzales |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******1800 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/10/2020 | 5007 | WALKER & ASSOCIATES, P.C. | Attorney fees 75% Per employment order, #395 and balance from Order allowing fees, #412, 10-9-20 | 3210-000 | | $2,564.86 | $102,977.10 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $151.93 | $102,825.17 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $149.94 | $102,675.23 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $149.73 | $102,525.50 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $149.51 | $102,375.99 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $149.29 | $102,226.70 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $149.07 | $102,077.63 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $148.85 | $101,928.78 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $148.64 | $101,780.14 |
| 08/15/2021 | 5008 | International Sureties, Ltd. | Bond# 016024923 | 2300-000 | | $66.54 | $101,713.60 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $148.40 | $101,565.20 |
| 09/09/2021 | (7) | BPL PLASMAINCC/0 ADP Garnishmenl Services | Accounts Receivable | 1121-000 | $119.08 | | $101,684.28 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $148.23 | $101,536.05 |
| | | | **TOTALS:** | | $111,924.53 | $10,388.48 | $101,536.05 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $111,924.53 | $10,388.48 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $111,924.53 | $10,388.48 | |

| For the period of 7/6/2015 to 09/30/2021 | | For the entire history of the account between 02/22/2018 to 09/30/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $111,924.53 | Total Compensable Receipts: | $111,924.53 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $111,924.53 | Total Comp/Non Comp Receipts: | $111,924.53 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $10,388.48 | Total Compensable Disbursements: | $10,388.48 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,388.48 | Total Comp/Non Comp Disbursements: | $10,388.48 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 15-11800-T7 | **Trustee Name:** Yvette Gonzales |
| **Case Name:** | QUICK CASH, INC. | **Bank Name:** Independent Bank |
| **Primary Taxpayer ID #:** | **-***0184 | **Checking Acct #:** ******1800 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 7/6/2015 | **Blanket bond (per case limit):** $1,000,000.00 |
| **For Period Ending:** | 09/30/2021 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $111,924.53 | $10,388.48 | $101,536.05 |

**For the period of 7/6/2015 to 09/30/2021**

| | |
|---|---|
| Total Compensable Receipts: | $111,924.53 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $111,924.53 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,388.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,388.48 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/11/2017 to 09/30/2021**

| | |
|---|---|
| Total Compensable Receipts: | $111,924.53 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $111,924.53 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,388.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,388.48 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ YVETTE GONZALES

YVETTE GONZALES